IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TED A. SMITH,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2470

Opinion filed June 23, 2016.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Ted A. Smith, pro se, and Darryl M. Alston, as next of friend, for Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

   DENIED.

B.L. THOMAS, WETHERELL, and WINSOR, JJ., CONCUR.